# EXHIBIT B



**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248) 205-7010     Fax (248) 205-7040

111675    SLATJ01

To:
Deborah L. Gordon, PLC
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hils, MI 48304

ATTN : Deborah L. Gordon, Esq.

Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 115979EMI | 07/14/08 |

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:** MORRISON, LYNN VS. B. BRAUN MEDICAL, INC

| SERVICES PROVIDED ON 06/19/08: | | | | |
|---|---|---|---|---|
| **KATHRYN BRUNETTE SAWYERS** | 1- 216 | 216 PGS @ $3.08 | 665.28 | O+1 |
| **JAMES ANTHONY** | 1- 156 | 156 PGS @ $3.08 | 480.48 | O+1 |
| Appearance Fee | | | 251.13 | |
| Exhibit(s) | | 79 @ $0.35 | 27.65 | |
| Delivery | | | 8.91 | |

**POSTED**

JUL 18 2008

BALANCE DUE                                TOTAL    1,433.45   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

Please detach and send with payment

 

Scheduling: 1.800.451.3376
Billing: 404.524.1700
Billing Fax: 404.524.1720
www.setdepo.com

CAROL A. LAUGHBAUM, ESQ.
LAW OFFICES OF DEBORAH GORDON, PLLC.
SUITE 275, 33 BLOOMFIELD HILLS PARKWAY
BLOOMFIELD HILLS, MI 48304

# Invoice #43740

| Date | Terms |
|---|---|
| 06/30/2008 | NET 30 |

| Assignment | Case | Set Depo | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/06/2008 | MORRISON, LYNN A. vs. B. BRAUN MEDICAL INC. | 18506 | 06/27/2008 | F-S-O |

| Description | Amount |
|---|---|
| **Original Transcript of BRIAN L. MASER** | |
| APPEARANCE FEE - FULL DAY | $ 100.00 |
| LITIGATION SUPPORT CD-ROM | $ 50.00 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| ORIGINAL TRANSCRIPT | $ 1,015.75 |
| READ & SIGN CORRESPONDENCE | $ 19.50 |
| | $ 1,185.25 |
| **Original Transcript of KATHRYN BRUNETTE_SAWYERS** | |
| LITIGATION SUPPORT CD-ROM | $ 50.00 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| ORIGINAL TRANSCRIPT | $ 544.00 |
| READ & SIGN CORRESPONDENCE | $ 19.50 |
| | $ 613.50 |
| DELIVERY-SHIPPING/HANDLING | $ 43.29 |
| | $ 43.29 |

POSTED

| | |
|---|---|
| Amount Due: | $ 1,842.04 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,842.04** |
| **Payment Due:** | **07/31/2008** |

**LOCATION OF DEPOSITION: ALLENTOWN, PA**

Tax ID No. 20-4254236

**Method of Payment**

☐ VISA        ☐ Check Enclosed
☐ MasterCard   Please Make Check Payable to SetDepo, LLC
☐ American Express   **Amount Authorized** _____

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

Credit Card Number | Exp. Date

Daytime Phone Number _____

x 934157 Atlanta, GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com



# ESQUIRE
DEPOSITION SERVICES®

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248) 205-7010      Fax (248) 205-7040

111674      SLATJ01

To:
Deborah L. Gordon, PLC
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hils, MI 48304

ATTN : Deborah L. Gordon, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 115859EMI | 07/07/08 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:** MORRISON, LYNN VS. B. BRAUN MEDICAL, INC

SERVICES PROVIDED ON 06/16/08:

| | | | |
|---|---|---|---|
| **CATHY CODREA** | 1- 130   130 PGS @ $3.08 | 400.40 | O+1 |
| Appearance Fee | | 73.50 | |
| Exhibit(s) | 13 @ $0.35 | 4.55 | |
| Delivery | | 8.00 | |

**POSTED**

BALANCE DUE       TOTAL       **486.45**   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

Please detach and send with payment



# ESQUIRE
DEPOSITION SERVICES

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684            110412      MITCA01
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010        Fax(248)205-7040

To:
Deborah L. Gordon, PLC
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hils, MI 48304

ATTN : Carol A. Laughbaum, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 114901EMI | 05/12/08 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
MORRISON, LYNN VS. B. BRAUN MEDICAL, INC

SERVICES PROVIDED ON 04/28/08:
**LYNN MORRISON**                1- 219   219 PGS @ $2.06         451.14    1CC

Exhibit(s)                                89 @   $0.35           31.15
Delivery                                                          8.00

MAY 19 2008    POSTED

BALANCE DUE                                         TOTAL      490.29  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)866-5560
Fax (248)205-7040

Please detach and send with payment




**setdepo**(SM)
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Scheduling: 1.800.451.3376
Billing: 404.524.1700
Billing Fax: 404.524.1720
www.setdepo.com

CAROL A. LAUGHBAUM, ESQ.
LAW OFFICES OF DEBORAH GORDON, PLLC.
SUITE 275, 33 BLOOMFIELD HILLS PARKWAY
BLOOMFIELD HILLS, MI 48304

## Invoice #43755

| Date | Terms |
|---|---|
| 06/30/2008 | NET 30 |

| Assignment | Case | Set Depo | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/05/2008 | MORRISON, LYNN A. vs. B. BRAUN MEDICAL INC. | 18506 | 06/18/2008 | F-S-O |

| Description | Amount |
|---|---|
| **Original Transcript of DENISE MOYER** | |
| APPEARANCE FEE - FULL DAY | $ 100.00 |
| EXHIBIT CHARGES | $ 8.85 |
| LITIGATION SUPPORT CD-ROM | $ 75.00 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| ORIGINAL TRANSCRIPT | $ 1,139.00 |
| READ & SIGN CORRESPONDENCE | $ 19.50 |
| ROUGH DISK | $ 215.00 |
| | $ 1,557.35 |
| DELIVERY-SHIPPING/HANDLING | $ 41.30 |
| | $ 41.30 |

POSTED

Amount Due: $ 1,598.65
Paid: ~~$ 0.00~~

| Balance Due: | **$ 1,598.65** |
|---|---|
| Payment Due: | 07/31/2008 |

**LOCATION OF DEPOSITION: ALLENTOWN, PA**

After 08/09/2008 Pay This Amount: $ 1,798.48

Tax ID No. 20-4254236

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to SetDepo, LLC

Amount Authorized _____

Credit Card Number _____ Exp. Date _____

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

x 934157 Atlanta, GA 31193-4157

Printed with FinePrint - purchase at www.fineprint.com



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248) 205-7010   Fax (248) 205-7040

110939   ROCHL01

To:
Deborah L. Gordon, PLC
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hils, MI 48304

| INVOICE NUMBER | DATE |
|---|---|
| 115151EMI | 05/23/08 |

ATTN : Deborah L. Gordon, Esq.

Due Upon Receipt   | AMOUNT DUE | ENCL. |

**YOUR REFERENCE NUMBER:**

**CAPTION:**
MORRISON, LYNN VS. B. BRAUN MEDICAL, INC

SERVICES PROVIDED ON 05/19/08:
**TONY ZIMMERMAN**            1- 176   176 PGS @ $3.08        542.08   O+1

Appearance Fee                                                 110.25
Delivery                                                         8.00

**POSTED**
MAY 2 9 2008

BALANCE DUE                                       TOTAL   660.33  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

**Please detach and send with payment**